And our sixth case is Oasis Legal Finance v. Chodes. I take it that Ms. Jaffrey still has not checked in. Well, Ms. Holubar, would you come up? We have one concrete question for you. The motion to dismiss the appeal does not cover an issue that should be covered under Appellate Rule 42B, which is who pays the cost. You would have had a greater chance of having the motion granted had the motion addressed that question. Who pays the cost? Understood, Your Honor. May it please the Court, as you said, I'm Lisa Holubar. And it is Oasis's stance that the cost should be covered by the appellant in this case. And have they agreed? They have not been in contact with me this morning. Well, that's one reason why this motion couldn't be granted. We don't want more litigation about costs when we shouldn't have any. And, of course, the one person who can speak for the appellants has chosen to be AWOL. I don't think there's anything more that you can tell us. Rule 42 says costs can be fixed by the court. I'm sure we will do that. I would hope it could be done in a way that would not lead to another round of litigation, but it's hard to be confident. Would Your Honor like me to address the substance of the case, or given the status? No, no. The appeal is being dismissed. Anybody can dismiss the appeal at any time subject to cost. Got it. Is there anything you want to say about costs? I would say, given that I've been here prepared and ready. I didn't say costs. That they should probably cover the costs. I think that's fair and reasonable given the circumstances. Right. Do you have a number in your mind? I don't have a number at the moment, but we can submit one. But aim high, I guess. Okay. All right. Thank you very much. Thank you, Your Honor. Well, the case will eventually be taken under advisement. Or at least costs will be taken under advisement. Thank you. The court is in recess.